

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-15-00493-CR & 04-15-00494-CR

La Quint **SULLIVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015CR7177 & 2015CR2233
Honorable Steve Hilbig, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  October 21, 2015

DISMISSED FOR WANT OF JURISDICTION

The trial court's certification states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal."  Rule 25.2(d) of the Texas Rules of Appellate Procedure provides that an appeal "must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."  TEX. R. APP. P. 25.2(d).  The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the clerk's record supports the trial court's certification that defendant has no right of appeal.  *See* TEX. R.

APP. P. 25.2(a)(2). In addition, appellant's counsel has filed a letter in which he states that he has reviewed the clerk's record and can find no right of appeal for Appellant; counsel concedes that the trial court's certification stating the defendant has no right of appeal is correct. In light of the record presented, we agree with appellant's counsel that the defendant has no right of appeal; therefore, Rule 25.2(d) requires this court to dismiss the appeals. TEX. R. APP. P. 25.2(d). Accordingly, the appeals are dismissed for want of jurisdiction. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH